AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br><br>JAKOB JOSHUA STICKNEY<br><br>*Defendant(s)* | )<br>)<br>)   Case No.  3:23-mj-195<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 5-9, 2023  in the county of  Multnomah  in the
District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 2422(b) | Coercion and Enticement of a Minor |

This criminal complaint is based on these facts:

See attached affidavit by FBI Task Force Officer Nathan A. Moore.

☐ Continued on the attached sheet.

*By Phone*
*Complainant's signature*

NATHAN A. MOORE, Task Force Officer, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 3:40 p.m.

Date:  11/8/2023

*Judge's signature*

City and state:  Portland, Oregon  Honorable Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*