Peyton Lee, OSB # 164224
Assistant Federal Public Defender
E-mail: Peyton_Lee@fd.org
101 S.W. Main Street, Suite 1700
Portland, OR 97204
Tel. (503) 326-2123
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JAKOB JOSHUA STICKNEY,<br><br>　　　　　　Defendant. | Case No. 3:24-cr-00479-AN-1<br><br>SENTENCING MEMORANDUM |

　　　　Defendant Jakob Joshua Stickney will appear before this Court on Wednesday, April 9, 2025, for sentencing upon his plea of guilty to Count One of the Information - Coercion and Enticement of a Minor in violation of 18 U.S.C. § 2422(b) and Count Two of the Information - Sexual Exploitation of Children in violation of 18 U.S.C. § 2251(a). For reasons expressed in other sentencing materials, Mr. Stickney respectfully requests this Court follow the joint recommendation of the parties.

Dated April 2, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Peyton Lee
　　　　　　　　　　　　　　　　　　　　　　　　Peyton Lee, OSB # 164224

Page 1  Sentencing Memorandum